AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MARLENE BEAUDIN, on behalf of herself and others similarly situated, <br> *Plaintiff* <br> v. <br> JP MORGAN CHASE BANK, N.A. as sucessor in interest to CHASE HOME FINANCE LLC, et. al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 6:12-cv-1084-Orl-31TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Allied International Credit
By Serving: Registered Agent
Lexis Document Services, Inc.
2338 W. Royal Palm Road, Suite J
Phoenix, AZ 85021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tamra Givens, Esq.
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/23/12

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| MARLENE BEAUDIN. on behalf of herself and others similarly situated,<br>*Plaintiff*<br>v.<br>JP MORGAN CHASE BANK, N.A. as sucessor in interest to CHASE HOME FINANCE LLC, et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 6:12-cv-1084-Orl-31TBS<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHASE HOME FINANCE, LLC
By Serving: Registered Agent
CT Corporation Services
1300 East Ninth Street
Cleveland, OH 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tamra Givens, Esq.
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/23/12

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| MARLENE BEAUDIN. on behalf of herself and others similarly situated,<br>*Plaintiff*<br>v.<br>JP MORGAN CHASE BANK, N.A. as sucessor in interest to CHASE HOME FINANCE LLC, et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 6:12-cv-1084-Orl-31TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* J.P. MORGAN CHASE BANK, N.A.
By Serving: Registered Agent
CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tamra Givens, Esq.
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/23/12

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MARLENE BEAUDIN, on behalf of herself and others similarly situated,<br>*Plaintiff*<br>v.<br>JP MORGAN CHASE BANK, N.A. as sucessor in interest to CHASE HOME FINANCE LLC, et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 6:12-cv-1084-Orl-31TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Professional Recovery Services, Inc.
By Serving: Registered Agent
Eugene J. McCaffrey, Jr., Esq.
221 Laurel Road, Suite 350
Voorhees, NJ 08043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tamra Givens, Esq.
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/23/12

*Signature of Clerk or Deputy Clerk*