UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLENE BEAUDIN,
on behalf of herself and others
similarly situated,                                    CLASS REPRESENTATION

      Plaintiff,                                CASE NO.: 6:12-cv-1084-Orl-31TBS

v.

JP MORGAN CHASE BANK, N.A., as
successor in interest to CHASE HOME
FINANCE LLC, CHASE HOME FINANCE
LLC, PROFESSIONAL RECOVERY
SERVICES, GC SERVICES LTD.
PARTNERSHIP and ALLIED
INTERNATIONAL CREDIT,

      Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, SCOTT J. FLINT, of Broad and Cassel, P.A., enters his appearance in this matter as counsel of record for Defendant, ALLIED INTERNATIONAL CREDIT.

Dated: August 24, 2012                    Respectfully submitted,


                                       /s/Scott J. Flint
                                       SCOTT J. FLINT
                                       Trial Counsel
                                       Florida Bar No. 0085073
                                       Email: sflint@broadandcassel.com
                                       Broad and Cassel
                                       100 N. Tampa Street, Suite 3500
                                       Tampa, Florida  33602
                                       Telephone:  813-225-3045
                                       Facsimile:  813-204-2122

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 24, 2012, I electronically filed the foregoing with the Clerk of the Courts by using the ECF system which will send a notice of electronic filing to counsel of record appearing on the Certificate of Service generated by the ECF system.

                                                   /s/Scott J. Flint
                                                   Scott J. Flint