**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARLENE BEAUDIN,
on behalf of herself and others
similarly situated,                                          **CLASS REPRESENTATION**

       **Plaintiff,**                                          **CASE NO.:  6:12-cv-1084-Orl-31TBS**
v.

JP MORGAN CHASE BANK, N.A., as
successor in interest to CHASE HOME
FINANCE LLC, CHASE HOME FINANCE
LLC, PROFESSIONAL RECOVERY
SERVICES, GC SERVICES LTD.
PARTNERSHIP and ALLIED
INTERNATIONAL CREDIT,

       **Defendants.**
_____/

**DEFENDANT ALLIED INTERNATIONAL CREDIT'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, ALLIED INTERNATIONAL CREDIT, files this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

The proper name for this defendant is "Allied International Credit Corporation (US)." It is wholly owned by Allied Global Holdings Inc., which is a private company.  No publicly held corporation owns 10% or more of its stock.

Dated: August 24, 2012                      Respectfully submitted,

      /s/Scott J. Flint_____
      SCOTT J. FLINT
      Florida Bar No. 0085073
      Email: sflint@broadandcassel.com
      Broad and Cassel
      100 N. Tampa Street, Suite 3500
      Tampa, Florida  33602
      Telephone:  813-225-3045
      Facsimile:  813-204-2122

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 24, 2012, I electronically filed the foregoing with the Clerk of the Courts by using the ECF system which will send a notice of electronic filing to counsel of record appearing on the Certificate of Service generated by the ECF system.

_____/s/Scott J. Flint_____
Scott J. Flint