UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLENE BEAUDIN, On behalf of herself
and others similarly situated,

    Plaintiff,

v.                                Case No.: 6:12-cv-1084-Orl-31TBS

JP MORGAN CHASE BANK, N.A., as
successor in interest to CHASE HOME
FINANCE LLC, CHASE HOME FINANCE
LLC, PROFESSIONAL RECOVERY
SERVICES, GC SERVICES LTD.
PARTNERSHIP and ALLIED
INTERNATIONAL CREDIT,

    Defendants.                  /

**ANSWER AND AFFIRMATIVE DEFENSES TO THE AMENDED COMPLAINT
ON BEHALF OF GC SERVICES LIMITED PARTNERSHIP**

*NOW COMES* Defendant GC Services Limited Partnership ("GC Services"), by its undersigned attorneys, and for its Answer and Affirmative Defenses to Plaintiff's Amended Complaint states and alleges as follows:

**PRELIMINARY STATEMENT**

Answering the preliminary statement of the Amended Complaint, denies the allegations contained therein. Answering further, denies that this is an action brought pursuant to Rule 1.220 of the Florida Rules of Civil Procedure as it is pending in federal court where the Federal Rules of Civil Procedure govern.

**PARTIES, JURISDICTION & VENUE**

1.    Answering paragraph 1 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

2. Answering paragraph 2 of the Amended Complaint, denies the allegations contained therein.

3. Answering paragraph 3 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

4. Answering paragraph 4 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

5. Answering paragraph 5 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

6. Answering paragraph 6 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

7. Answering paragraph 7 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

8. Answering paragraph 8 of the Amended Complaint, admits only that its business includes the collection of unpaid, outstanding account balances and that from time to time contacts are made with individuals and/or businesses with a mailing address in the State of Florida. Answering further, lack knowledge and/or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 8 of the Amended Complaint.

9. Answering paragraph 9 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

**CLASS ALLEGATIONS**

10. Answering paragraph 10 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

11. Answering paragraph 11 of the Amended Complaint, admits only that GC Services' business includes the collection of unpaid, outstanding account balances. Answering

further, admits only that from time to time it uses the mail and phone to make contacts in various states and among the purposes of those contacts is for collection. Answering further, lacks knowledge and/or information sufficient to form a belief as to the remaining allegations in paragraph 11 of the Amended Complaint.

12. Answering paragraph 12 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

13. Answering paragraph 13 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

14. Answering paragraph 14 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

15. Answering paragraph 15 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

16. Answering paragraph 16 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

17. Answering paragraph 17 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

18. Answering paragraph 18 of the Amended Complaint, alleges that the allegations contained therein are overly broad and vague. As a consequence, GC Services lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Amended Complaint.

19. Answering paragraph 19 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

20. Answering paragraph 20 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

21. Answering paragraph 21 of the Amended Complaint, to the extent that the allegations contained therein claim that GC Services has knowledge that an unpaid, outstanding account that has been placed with them for collection is non-existent and/or not owed, GC Services denies those allegations. Answering further, lacks knowledge and/or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 21 of the Amended Complaint.

22. Answering paragraph 22 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

23. Answering paragraph 23 of the Amended Complaint, denies the allegations contained therein.

24. Answering paragraph 24 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

25. Answering paragraph 25 of the Amended Complaint, denies the allegations contained therein.

## REPRESENTATIVE PLAINTIFF'S ALLEGATIONS

26. Answering paragraph 26 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

27. Answering paragraph 27 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

28. Answering paragraph 28 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

29. Answering paragraph 29 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

30. Answering paragraph 30 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

31. Answering paragraph 31 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

32. Answering paragraph 32 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

33. Answering paragraph 33 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

34. Answering paragraph 34 of the Amended Complaint, admits only that an account was placed with GC Services and that the information provided to GC Services showed the account to have an unpaid, outstanding account balance owed to Chase in the amount of $211,141.00.  Answering further, on or about September 7, 2011 it did attempt to contact Plaintiff regarding this unpaid, outstanding account balance.  Answering further, denies the remaining allegations contained in paragraph 34 of the Amended Complaint.

35. Answering paragraph 35 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

36. Answering paragraph 36 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

37. Answering paragraph 37 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

38. Answering paragraph 38 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

39. Answering paragraph 39 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

40. Answering paragraph 40 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

41. Answering paragraph 41 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

42. Answering paragraph 42 of the Amended Complaint, denies the allegations contained therein.

43. Answering paragraph 43 of the Amended Complaint, admits only that it was retained to collect on an unpaid, outstanding account balance and the information it received showed that it was owed to Chase.  Answering further, lacks knowledge and/or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 43 of the Amended Complaint.

44. Answering paragraph 44 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

45. Answering paragraph 45 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

46. Answering paragraph 46 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

47. Answering paragraph 47 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

48. Answering paragraph 48 of the Amended Complaint, admits only that it has not commenced a lawsuit or obtained a final judgment regarding the subject unpaid, outstanding account balance. Answering further, lacks knowledge and/or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 48 of the Amended Complaint.

## CLASS ALLEGATIONS

49. Answering paragraph 49 of the Amended Complaint, admits only that the Complaint includes allegations regarding a class, but GC Services denies that a class exists. Answering further, denies the remaining allegations contained in paragraph 49 of the Amended Complaint.

50. Answering paragraph 50 of the Amended Complaint, admits only that the Complaint includes allegations regarding a class, but GC Services denies that a class exists. Answering further, denies the remaining allegations contained in paragraph 50 of the Amended Complaint.

51. Answering paragraph 51 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

52. Answering paragraph 52 of the Amended Complaint, admits only that the Complaint includes allegations regarding a class, but GC Services denies that a class exists. Answering further, denies the remaining allegations contained in paragraph 52 of the Amended Complaint.

53. Answering paragraph 53 of the Amended Complaint, admits only that the Complaint includes allegations regarding a class, but GC Services denies that a class exists. Answering further, denies the remaining allegations contained in paragraph 53 of the Amended Complaint.

54. Answering paragraph 54 of the Amended Complaint, admits only that the Complaint includes allegations regarding a class, but GC Services denies that a class exists. Answering further, denies the remaining allegations contained in paragraph 54 of the Amended Complaint and subparts 54a, 54b, 54c, 54d, 54e and 54f.

55. Answering paragraph 55 of the Amended Complaint, denies the allegations contained therein.

56. Answering paragraph 56 of the Amended Complaint, denies the allegations contained therein.

57. Answering paragraph 57 of the Amended Complaint, denies the allegations contained therein.

58. Answering paragraph 58 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to truth of whether Plaintiff's counsel are experienced in consumer, class action and complex litigation.  Answering further, denies the remaining allegations contained in paragraph 58 of the Amended Complaint.

59. Answering paragraph 59 of the Amended Complaint, denies the allegations contained therein and in subparagraphs 59a through 59g.

## COUNT I

### (Violation of the Fair Debt Collection Practices Act "FDCPA"- PROFESSIONAL RECOVERY SERVICES, GC SERVICES LTD. PARTNERSHIP and ALLIED INTERNATIONAL CREDIT)

GC Services repeats, realleges and incorporates herein by reference its responses to the preceding paragraphs of the Amended Complaint.

60. Answering paragraph 60 of the Amended Complaint, denies the allegations contained therein.

8

61. Answering paragraph 61 of the Amended Complaint, denies the allegations contained therein.

62. Answering paragraph 62 of the Amended Complaint, denies the allegations contained therein.

63. Answering paragraph 63 of the Amended Complaint, denies the allegations contained therein.

64. Answering paragraph 64 of the Amended Complaint, denies the allegations contained therein.

65. Answering paragraph 65 of the Amended Complaint, denies the allegations contained therein.

66. Answering paragraph 66 of the Amended Complaint, denies the allegations contained therein.

67. Answering paragraph 67 of the Amended Complaint, denies the allegations contained therein.

## COUNT II

**(Violation of the Florida Consumer Collection Practices Act âFCCPAâ- PROFESSIONAL RECOVERY SERVICES, GC SERVICES LTD PARTNERSHIP and ALLIED INTERNATIONAL CREDIT)**

GC Services repeats, realleges and incorporates herein by reference its responses to the preceding paragraphs of the Amended Complaint.

68. Answering paragraph 68 of the Amended Complaint, admits only that GC Services must adhere to the law. Answering further, denies the remaining allegations contained in paragraph 68 of the Amended Complaint.

69. Answering paragraph 69 of the Amended Complaint, denies the allegations contained therein.

70. Answering paragraph 70 of the Amended Complaint, denies the allegations contained therein.

71. Answering paragraph 71 of the Amended Complaint, denies the allegations contained therein.

72. Answering paragraph 72 of the Amended Complaint, denies the allegations contained therein.

## COUNT III

### (Violation of the Florida Consumer Collection Practices Act "FCCPA"- CHASE)

GC Services repeats, realleges and incorporates herein by reference its responses to the preceding paragraphs of the Amended Complaint.

73. Answering paragraph 73 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

74. Answering paragraph 74 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

75. Answering paragraph 75 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

76. Answering paragraph 76 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

77. Answering paragraph 77 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

78. Answering paragraph 78 of the Amended Complaint, denies that it violated the FCCPA. Answering further, lacks knowledge and/or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 78 of the Amended Complaint.

79. Answering paragraph 79 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

80. Answering paragraph 80 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

81. Answering paragraph 81 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

82. Answering paragraph 82 of the Amended Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein.

### COUNT IV

**(Violation of the Florida Deceptive and Unfair Trade Practices Act CHASE, PROFESSIONAL RECOVERY SERVICES, GC SERVICES LTD. PARTNERSHIP and ALLIED INTERNATIONAL CREDIT)**

GC Services repeats, realleges and incorporates herein by reference its responses to the preceding paragraphs of the Amended Complaint

83. Answering paragraph 83 of the Amended Complaint, denies the allegations contained therein.

84. Answering paragraph 84 of the Amended Complaint, denies the allegations contained therein.

85. Answering paragraph 85 of the Amended Complaint, denies the allegations contained therein.

## COUNT V

**(Negligent Violation of the Telephone Communications Protection Act - PROFESSIONAL RECOVERY SERVICES, GC SERVICES LTD, PARTNERSHIP and ALLIED INTERNATIONAL CREDIT)**

GC Services repeats, realleges and incorporates herein by reference its responses to the preceding paragraphs of the Amended Complaint.

86. Answering paragraph 86 of the Amended Complaint, denies the allegations contained therein.

87. Answering paragraph 87 of the Amended Complaint, denies the allegations contained therein.

88. Answering paragraph 88 of the Amended Complaint, denies the allegations contained therein.

89. Answering paragraph 89 of the Amended Complaint, denies the allegations contained therein.

## COUNT VI

**(Willful Violation of the Telephone Communications Protection Act -PROFESSIONAL RECOVERY SERVICES, GC SERVICES LTD. PARTNERSHIP and ALLIED INTERNATIONAL CREDIT**

GC Services repeats, realleges and incorporates herein by reference its responses to the preceding paragraphs of the Amended Complaint

90. Answering paragraph 90 of the Amended Complaint, denies the allegations contained therein.

91. Answering paragraph 91 of the Amended Complaint, denies the allegations contained therein.

92. Answering paragraph 92 of the Amended Complaint, denies the allegations contained therein.

93. Answering paragraph 93 of the Amended Complaint, denies the allegations contained therein.

## PRAYER FOR RELIEF

GC Services denies the allegations contained in the Prayer for Relief and its subparts in the Amended Complaint and also denies that Plaintiff is entitled to any of the relief that she is requesting.

## AFFIRMATIVE DEFENSES

1. Plaintiff failed to mitigate her damages. There are neither allegations in the Complaint nor a record of any efforts that Plaintiff made to limit and/or prevent her alleged damages. This will be further investigated through discovery.

2. Any violation of law, which GC Services denies occurred, was not intentional and was the result of a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error. Those procedures include, but are not limited to, training, policies and procedures provided to GC Services' employees, which prohibit, among other things, the use of false threats, harassment, deceptive means, false representations, false implications, and the use of unfair, unlawful and/or unconsciousable means in collecting on an unpaid, outstanding account balance. Further, among the training that the employees undergo is that GC Services' collection employees are required to take examinations in order to confirm their knowledge of what is permissible in collecting on an unpaid, outstanding account balances.

3. The damages alleged by Plaintiff may have been the result of other, superseding and/or intervening cause(s) and were not proximately caused by GC Services. Plaintiff has sued multiple defendants, but has not attributed her alleged damages to any certain defendants.

4.      Some or all of Plaintiff's claims against GC Services are barred by the doctrines of acquiescence and/or consent. In addition, upon information and belief, Plaintiff expressly consented to be contacted at the numbers she provided when she open the subject account.

**WHEREFORE**, Defendant GC Services Limited Partnership demands judgment in its favor and against Plaintiff Marlene Beaudin, dismissing the Complaint with prejudice and awarding GC Services its costs, attorneys' fees and such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2012 the foregoing was electronically filed with the Clerk of Court using the ECF electronic filing system which electronically notifies the following::

*J. Andrew Meyer, Esq.*
*Tamra Givens, Esq.*
*Rachel L. Soffin, Esq.*
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

*Scott J. Flint, Esq.*
Broad and Cassel
100 North Tampa Street
Suite 3500
Tampa,. Florida  33602

*Scott W. Weinstein, Esq.*
Morgan & Morgan, P.A.
12800 University Drive
Suite 600
Fort Myers, Florida 33907

HINSHAW & CULBERTSON, LLP

/s/ *Robert E.Sickles*
**Robert E. Sickles, P.A**.
rsickles@hinshawlaw.com
Florida Bar No. 167444
HINSHAW & CULBERTSON, LLP
100 South Ashley Drive, Suite 500
Tampa, Florida  33602-5301
Tel: 813-276-1662;   Fax: 813-276-1956
*Attorneys for Defendant GC Services Limited Partnership*