**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARLENE BEAUDIN,**
**on behalf of herself and others,**

      **Plaintiff,**                              **CASE NO.:  6:12-cv-1084-Orl-31TBS**

**v.**

**JP MORGAN CHASE BANK, N.A., as**
**successor in interest to CHASE HOME**
**FINANCE LLC, CHASE HOME FINANCE**
**LLC, PROFESSIONAL RECOVERY**
**SERVICES, GC SERVICES LTD.**
**PARTNERSHIP and ALLIED**
**INTERNATIONAL CREDIT,**

      **Defendants.**
_____/

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

      I hereby disclose the following pursuant to this Court's interested persons order:

      1)      the name of each person, attorney, associate of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

Marlene Beaudin

Allied International Credit Corporation (US)
Allied Global Holdings, Inc.
Allied International Credit Corp.
Allied International Credit (UK) Limited
Jogada Holdings Inc.
Razorco Inc.
Halicole Inc.
Fulcrum Capital Partners
HSBC Bank Canada
Tom McCausland
Paul Eldridge

2

John Philp
David Gallagher
David Rae

Chase Home Finance LLC

Professional Recovery Services

JP Morgan Chase Bank, N.A. as successor in interest to Chase Home Finance LLC

Scott J. Flint
Broad and Cassel
Suite 3500
100 N Tampa St
Tampa, FL 33602
Counsel for Allied International Credit

Tamra Carsten Givens
Morgan & Morgan, PA
7th Floor
201 N Franklin St
Tampa, FL 33602
Counsel for Marlene Beaudin

J. Andrew Meyer
Morgan & Morgan, PA
7th Floor
201 N Franklin St
Tampa, FL 33602
Counsel for Marlene Beaudin

Rachel Soffin
Morgan & Morgan, PA
Suite 150J
695 Central Ave
St Petersburg, FL 33701
Counsel for Marlene Beaudin

Scott Wm. Weinstein
Morgan & Morgan, PA
12800 University Dr - Ste 600
PO Box 9504
Ft Myers, FL 33906
Counsel for Marlene Beaudin

GC Services Ltd. Partnership

Robert E. Sickles
Hinshaw & Culbertson, LLP
Suite 500
100 S Ashley Dr
Tampa, FL 33602
813-868-8838
813-276-1956 (fax)
Counsel for GC Services Ltd. Partnership


     2)    the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

     3)    the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.  If a class is eventually certified, members of the class will have an interest in the case.

     4)    the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Marlin Beaudin
Members of a class of persons if the case is certified.


     I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED:  September 4, 2012

Respectfully submitted,

/s/ Scott J. Flint_____
Scott J. Flint
Florida Bar Number:  0085073
sflint@broadandcassel.com
BROAD AND CASSEL
100 N. Tampa Street, Suite 3500
Tampa, FL 33602
(813) 225-3045 (phone)
(813) 204-2122 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2012, I electronically filed the foregoing with the Clerk of the Courts by using the ECF system which will send a notice of electronic filing to counsel of record appearing on the Certificate of Service generated by the ECF system.

/s/Scott J. Flint_____
Scott J. Flint