UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MARLENE BEAUDIN,
on behalf of herself and others
similarly situated,

      CASE NO.: 6:12-cv-1084-Orl-31TBS

*Plaintiff,*

v.

JP MORGAN CHASE BANK, N.A., as
successor in interest to CHASE HOME
FINANCE LLC, CHASE HOME FINANCE
LLC, PROFESSIONAL RECOVERY
SERVICES, GC SERVICES LTD.
PARTNERSHIP and ALLIED
INTERNATIONAL CREDIT,

*Defendants.*
_____/

## PLAINTIFF'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

      Plaintiff, MARLENE BEAUDIN, on behalf of herself and all others similarly situated, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this Court extend by fourteen (14) days the time to file Plaintiff's Response to Defendant, ALLIED INTERNATIONAL CREDIT's, Motion to Dismiss.  In support of this request, Plaintiff incorporates the following memorandum of law which sets forth good cause for such an extension.

      WHEREFORE, pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff respectfully requests that this Court grant Plaintiff a fourteen (14) day extension of time, through and including September 24, 2012, to respond to Defendant's Motion to Dismiss.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff, on behalf of herself and all others similarly situated, hereby requests an extension of time of fourteen (14) days, through and including September 24, 2012, to respond to Defendant's Motion to Dismiss.

Defendant, ALLIED INTERNATIONAL CREDIT, filed its Motion to Dismiss on August 24, 2012, citing complex legal authority and arguments [Doc. No. 17]. Plaintiff's response to the Motion to Dismiss is currently due on September 10, 2012.

Due to the complexity of issues raised in Defendant's Motion to Dismiss, along with the undersigned's significant other professional commitments in unrelated cases, Plaintiff requires additional time to prepare a response.

Pursuant to Federal Rule of Civil Procedure 6(b)(1), this Court may, for good cause shown, extend the time for Plaintiff to file a response to Defendant's Motion to Dismiss. A fourteen (14) day extension of time would allow the undersigned counsel sufficient time to prepare a response to Defendant's Motion to Dismiss.

This request is not made for any improper purpose or delay. No previous extensions have been requested and the granting of the relief sought herein would not result in the delay of any deadlines in this case.

The undersigned has conferred with counsel for Defendant who advised that Defendant does not oppose the relief requested herein.

Respectfully submitted this 4th day of September 2012.

    By:   /s/J. Andrew Meyer_____
             **J. ANDREW MEYER**
             Florida Bar No. 0056766
             TAMRA GIVENS
             Florida Bar No. 657638
             RACHEL SOFFIN
             Florida Bar No. 0018054
             MORGAN & MORGAN, P.A.

201 North Franklin Street, 7th Floor
Tampa, Florida  33602
Telephone:  (813) 223-5505
Facsimile:  (813) 223-5402
Email: ameyer@forthepeople.com
         tgivens@forthepeople.com
         rsoffin@forthepeople.com

**SCOTT WM WEINSTEIN**
Florida Bar No. 563080
MORGAN & MORGAN, P.A.
12800 University Drive, Suite 600
Fort Myers, FL  33907-5337
Telephone: (239) 433-6880
Facsimile:  (239) 433-6836
Email:  sweinstein@forthepeople.com

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of September, 2012, a copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS was served via CM/ECF upon all attorneys of record.

/s/ J. Andrew Meyer
J. Andrew Meyer