UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLENE BEAUDIN, on behalf of herself
and others similarly situated,

    Plaintiff,

v.                                               Case No. 6:12-cv-1084-ORL-31TBS

CHASE FINANCE LLC, PROFESSIONAL
RECOVERY SERVICES, GC SERVICES
LTD. PARTNERSHIP and ALLIED
INTERNATIONAL CREDIT,

    Defendants.
_____/

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Extension of Time to Respond to Motion to Dismiss (Doc. 21). Pursuant to Local Rule 3.01(g), Plaintiff represents that the Defendant's attorney has been contacted and has no objection to the requested extension of time. Upon due consideration, Plaintiff's motion is hereby GRANTED. Plaintiff shall have through September 24, 2012 to respond to defendant, Allied International Credit's motion to dismiss.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on September 5, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel