UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLENE BEAUDIN, on behalf of herself an others similarly situated,

    Plaintiff,

    v.

JPMORGAN CHASE BANK, N.A., as successor in interest to CHASE HOME FINANCE, LLC, CHASE HOME FINANCE, LLC, PROFESSIONAL RECOVERY SERVICES, GC SERVICES LTD. PARTNERSHIP and ALLIED INTERNATIONAL CREDIT,

    Counterclaim-Defendant.

_____/

Case No. 6:12-cv-01084-GAP-TBS

**UNOPPOSED MOTION FOR LAWRENCE T. GRESSER, NATHANIEL P.T. READ, AND JOANNA K. CHAN TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANTS, JPMORGAN CHASE BANK, N.A., AS SUCCESSOR IN INTEREST TO CHASE HOME FINANCE, LLC AND CHASE HOME FINANCE, LLC**

    Defendants, JPMorgan Chase Bank, N.A., as successor in interest to Chase Home Finance, LLC and Chase Home Finance, LLC, pursuant to Local Rule 2.02, hereby file this Motion for Lawrence T. Gresser, Nathaniel P.T. Read, and Joanna K. Chan to Appear *Pro Hac Vice* and state the following:

    1.    This Motion to Appear *Pro Hac Vice* is filed on behalf of Lawrence T. Gresser, Nathaniel P.T. Read, and Joanna K. Chan.

    2.    Mr. Gresser is a Partner with the law firm of Cohen & Gresser, LLP, 800 Third Avenue, New York, New York 10022, Telephone (212) 957-7600.

    3.    Mr. Read is Counsel with the law firm of Cohen & Gresser, LLP, 800 Third Avenue, New York, New York 10022, Telephone (212) 957-7600.

4. Ms. Chan is an Associate with the law firm of Cohen & Gresser, LLP, 800 Third Avenue, New York, New York 10022, Telephone (212) 957-7600.

5. Mr. Gresser, Mr. Read, and Ms. Chan are not residents of the State of Florida, nor do they maintain a regular practice of law within this State.

6. Mr. Gresser, Mr. Read, and Ms. Chan are members in good standing of the United States District Court of the Eastern District of New York and the United States District Court of the Southern District of New York.

7. Mr. Gresser, Mr. Read, and Ms. Chan have read and are familiar with the most recent version of the Local Rules of this Court. They are also familiar with, and understand they will be bound by the Local Rules of this Court, including in particular Local Rule 2.04, as well as by the Code of Professional Responsibility and other professional and ethical limitations as set forth by the Florida Bar.

8. Special Admission Attorney Certifications for Mr. Gresser, Mr. Read, and Ms. Chan, with individual $10.00 appearance fees, payable to the Clerk, U.S. District Court, are being contemporaneously sent to the Clerk with the filing of this Motion.

9. Mr. Gresser, Mr. Read, and Ms. Chan will complete the ECF Attorney Registration Form online on the Court's website promptly upon entry of an Order granting this Motion.

10. Pursuant to Local Rule 3.01(g), Counsel conferred in a good faith effort to resolve the issues raised in this motion and were able to reach agreement thereon.

**WHEREFORE**, Defendants, JPMorgan Chase Bank, N.A., successor in interest to Chase Home Finance, LLC and Chase Home Finance, LLC., respectfully request the Court to

enter an Order admitting Lawrence T. Gresser, Nathaniel P.T. Read, and Joanna K. Chan *pro hac vice*.

Respectfully submitted this 19th day of September, 2012,

    */s/Daniel E. Traver*
Daniel E. Traver
Florida Bar #585262
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
P.O. Box 3068 (32802-3068)
Orlando, Florida  32801
Telephone: (407) 843-8880
Facsimile: (407) 244-5690
daniel.traver@gray-robinson.com
**COUNSEL FOR DEFENDANTS, CHASE HOME FINANCE, LLC and JPMORGAN CHASE BANK, N.A.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document has been served by electronic mail upon all parties and counsel identified on the CM/ECF service list created and maintained by the Court for this case, on this 19th day of September, 2012.

    */s/ Daniel E. Traver*
Daniel E. Traver