UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLENE BEAUDIN,

      Plaintiff,

v.                                         Case No:  6:12-cv-1084-Orl-31TBS

CHASE HOME FINANCE LLC,
PROFESSIONAL RECOVERY
SERVICES, GC SERVICES LTD.
PARTNERSHIP, ALLIED
INTERNATIONAL CREDIT and JP
MORGAN CHASE BANK, N.A.,

      Defendants.

_____

## <u>ORDER</u>

      This matter is before the Court on the Unopposed Motion for Admission of Lawrence T. Gresser, Nathaniel P.T. Read, and Joanna K. Chan to Appear *Pro Hac Vice*. (Doc. 23).  Upon consideration of the foregoing, the Court finds that these attorneys meet the requirements of M.D. FLA. R. 2.02(a) and may appear pro hac vice on behalf of Defendants JPMorgan Chase Bank, N.A., as successor in interest to Chase Home Finance, LLC and Chase Home Finance LLC ("Chase Defendants").

      Accordingly, it is **ORDERED AND ADJUDGED** that:

      1.  The Motion to Appear Pro Hac Vice is **GRANTED**.  Lawrence T. Gresser, Nathaniel P.T. Read, and Joanna K. Chan are hereby admitted to appear pro hac vice on behalf of the Chase Defendants.  Mr. Gresser, Mr. Read, and Ms. Chan are all affiliated with the law firm of Cohen & Gresser, LLP, 800 Third Avenue, New York, New York 10022.

2.  Counsel are reminded that the Middle District of Florida utilizes a case management electronic filing system ("CM/ECF").  Within ten (10) days of the date of this Order, Mr. Gresser, Mr. Read, and Ms. Chan shall register to participate and docket in CM/ECF or show cause in writing within that time frame why they are unable to participate.[1]

3.  Counsel are further reminded that, pursuant to the local rules of this district, any attorney appearing in this Court pursuant to M.D. Fla. R. 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar."  M.D. Fla. R. 2.02(c).

4.  Within ten (10) days from the date of this Order, Mr. Gresser, Mr. Read, and Ms. Chan shall jointly file a written designation and consent-to-act on the part of some member of the bar of this Court, resident in Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Orlando, Florida, on September 20, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record

---

[1] Counsel shall visit the Court's website located at www.flmd.uscourts.gov and click on the "CM/ECF" tab for more information.  The Court has an expectation that counsel will participate in the CM/ECF training tutorials provided on the website prior to using the system.