# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:12-CV-1084-ORL-31TBS

Plaintiff:
**MARLENE BEAUDIN, on behalf of herself and others similarly situated**
vs.
Defendant:
**JP MORGAN CHASE BANK, N.A. as successor in interest to CHASE HOME FINANCE, LLC, et al**

For: Tamara Givens
  Morgan & Morgan

Received by Investigative Services Of Tampa on the 4th day of September, 2012 at 1:39 pm to be served on **CHASE HOME FINANCE, LLC C/O R/A CT CORPORATION, 1300 EAST NINTH STREET, CLEVELAND, OH 44114.** I, ___BEN PURSER___, do hereby affirm that on the __7th__ day of _September_, 20_12_ at __1:55 p.m.__, executed service by delivering a true copy of the Summons and Amended Complaint in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as
_____

( ) CORPORATE SERVICE: By serving _____ as
_____

(X) OTHER SERVICE: As described in the Comments below by serving ___ SANDY TARVER ___ as Process Specialist for CT Corporation System, the Registered Agent for CHASE HOME FINANCE, LLC.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** Summons was endorsed with the time and date of the service along with the servers initials
_____
_____
_____

Under penalty of perjury, I declare that I have read the foregoing and that facts in it are true and correct. Pursuant to F.S. 92.525 (2) I have no interest in the above action and no notary is required.

BEN PURSER
PROCESS SERVER # ____N/A (OHIO)____
Appointed in accordance with State Statutes N/A (OHIO)

**Investigative Services Of Tampa**
**P. O. Box 272638**
**Tampa, FL 33688**
**(813) 964-9159**

Our Job Serial Number: 2012003274

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5k