# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:12-CV-1084-ORL-31TBS

Plaintiff:
**MARLENE BEAUDIN, on behalf of herself and others similarly situated**
vs.
Defendant:
**JP MORGAN CHASE BANK, N.A. as successor in interest to CHASE HOME FINANCE, LLC, et al**

For:
Tamara Givens
Morgan & Morgan

,

Received by Investigative Services of Tampa on the 11th day of September, 2012 at 9:20 am to be served on **J.P. MORGAN CHASE BANK, N.A. C/O R/A CT CORPORATION, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324.**

I, Murray Deal, do hereby affirm that on the **11th day of September, 2012 at 11:30 am, I:**

**CORPORATE:** served the within **Corporation** by delivering a true copy of the **Summons and Amended Complaint** with the date and hour of service endorsed thereon by me to **CT CORPORATION SYSTEM** as **Registered Agent**, at **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324** pursuant to F.S. 48.081(3).

**Additional Information pertaining to this Service:**

For contact, Donna Moch, Senior Corporate Operations Manager for CT CORP.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Murray Deal
109

**Investigative Services of Tampa**
P.O. Box 272638
Tampa, FL 33688
(813) 964-9159

Our Job Serial Number: IST-2012003329
Ref: 3329

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5k