UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLENE BEAUDIN, on behalf of herself and others similarly situated,

    Plaintiff,

      v.

JPMORGAN CHASE BANK, N.A., as successor in interest to CHASE HOME FINANCE, LLC, CHASE HOME FINANCE, LLC, PROFESSIONAL RECOVERY SERVICES, GC SERVICES LTD. PARTNERSHIP and ALLIED INTERNATIONAL CREDIT,

    Defendants.
_____/

Case No. 6:12-cv-01084-GAP-TBS

**DEFENDANTS, JPMORGAN CHASE BANK, N.A., AS SUCCESSOR BY MERGER TO CHASE HOME FINANCE, LLC AND CHASE HOME FINANCE, LLC'S <u>WRITTEN DESIGNATION AND CONSENT TO ACT</u>**

    Defendants JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance, LLC, and Chase Home Finance, LLC, pursuant to Local Rule 2.02(a), hereby file their written designation and consent to act for local counsel admitted to this Court and resident in Florida: Daniel E. Traver and Rachael M. Crews, GrayRobinson, P.A., 301 E. Pine Street, Suite 1400, Orlando, FL 32801, Telephone (407) 843-8880.

    Respectfully submitted this 26th day of September, 2012,

                                         /s/ *Nathaniel P.T. Read*
                                         Lawrence T. Gresser (*admitted pro hac vice*)
                                         ltgresser@cohengresser.com
                                         Nathaniel P.T. Read (*admitted pro hac vice*)
                                         nread@cohengresser.com
                                         Joanna Chan (*admitted pro hac vice*)
                                         jchan@cohengresser.com
                                         Cohen & Gresser, LLP
                                         800 Third Avenue

New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514


 /s/ Daniel E. Traver
Daniel E. Traver
Florida Bar No. 585262
daniel.traver@gray-robinson.com
Rachael M. Crews
Florida Bar No. 795321
rachael.crews@gray-robinson.com
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
P.O. Box 3068 (32802-3068)
Orlando, Florida  32801
Telephone: (407) 843-8880
Facsimile: (407) 244-5690

**Attorneys for Defendants, JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance, LLC and Chase Home Finance, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document has been served by electronic mail upon all parties and counsel identified on the CM/ECF service list created and maintained by the Court for this case, on this 26th day of September, 2012.


 /s/ Daniel E. Traver
Daniel E. Traver