UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLENE BEAUDIN, on behalf of herself and others similarly situated,

    Plaintiff,

    v.

JPMORGAN CHASE BANK, N.A., as successor in interest to CHASE HOME FINANCE, LLC, CHASE HOME FINANCE, LLC, PROFESSIONAL RECOVERY SERVICES, GC SERVICES LTD. PARTNERSHIP and ALLIED INTERNATIONAL CREDIT,

    Defendants.
_____/

Case No. 6:12-cv-01084-GAP-TBS

**DEFENDANTS, JPMORGAN CHASE BANK, N.A., AS SUCCESSOR BY MERGER TO CHASE HOME FINANCE, LLC AND CHASE HOME FINANCE, LLC'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**[1]

Defendants JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance, LLC, and Chase Home Finance, LLC (collectively "Chase"), pursuant to Rules 1 and 6(b) of the *Federal Rules of Civil Procedure*, respectfully move the Court to enter an Order granting Chase a 30-day enlargement of time to answer or otherwise respond to the Amended Complaint filed by Plaintiff, Marlene Beaudin ("Ms. Beaudin"), and in support, state:

    1.    On July 13, 2012, Ms. Beaudin filed a complaint (Doc. 2) in this action, which was never served upon Chase.

    2.    On August 17, 2012, Ms. Beaudin filed an Amended Complaint in this action. (Doc. 13).

---

[1] Pursuant to Local Rule 3.01(g), Counsel for Chase conferred in good faith with Counsel for Ms. Beaudin, and the parties were able to reach agreement on the relief requested herein.

3. On September 7, 2012, Ms. Beaudin served the Amended Complaint upon Chase. Accordingly, Chase's response date is September 28, 2012.

4. Chase respectfully requests a 30-day enlargement of its time to respond to the Amended Complaint. The Amended Complaint raises class certification questions, as well as multiple theories of recovery against multiple parties. Chase respectfully requests additional time to analyze and consider these allegations so as to respond appropriately. Chase's response date would be October 30, 2012.

## Memorandum of Law

Rule 6(b)(1) of the *Federal Rules of Civil Procedure* governs Motions for Enlargement of Time, and states in pertinent part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]

Here, Chase respectfully submits that sufficient cause exists to grant its requested enlargement of time to respond to Ms. Beaudin's Amended Complaint. This motion is not filed for the purpose of delay and neither party will suffer prejudice if the Court grants this motion.

**WHEREFORE**, Chase respectfully requests that the Court enter an Order granting it an enlargement of time through and including October 30, 2012, to respond to Ms. Beaudin's Amended Complaint.

Respectfully submitted this 26th day of September, 2012.

                                              /s/ Nathaniel P.T. Read
Lawrence T. Gresser (*admitted pro hac vice*)
ltgresser@cohengresser.com
Nathaniel P.T. Read (*admitted pro hac vice*)
nread@cohengresser.com
Joanna Chan (*admitted pro hac vice*)

>jchan@cohengresser.com
>Cohen & Gresser, LLP
>800 Third Avenue
>New York, New York 10022
>Telephone: (212) 957-7600
>Facsimile: (212) 957-4514
>
>
>  /s/ Daniel E. Traver
>Daniel E. Traver
>Florida Bar No. 585262
>daniel.traver@gray-robinson.com
>Rachael M. Crews
>Florida Bar No. 795321
>rachael.crews@gray-robinson.com
>GrayRobinson, P.A.
>301 East Pine Street, Suite 1400
>P.O. Box 3068 (32802-3068)
>Orlando, Florida  32801
>Telephone: (407) 843-8880
>Facsimile: (407) 244-5690
>
>**Attorneys for Defendants, JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance, LLC and Chase Home Finance, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>  */s/ Daniel E. Traver*
>Daniel E. Traver