UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLENE BEAUDIN, on behalf of herself
and others similarly situated,

    Plaintiff,

v().                                       Case No.  6:12-cv-1084-ORL-31TBS

CHASE FINANCE LLC, PROFESSIONAL
RECOVERY SERVICES, GC SERVICES
LTD. PARTNERSHIP and ALLIED
INTERNATIONAL CREDIT,

    Defendants.
_____/

## ORDER

Pending before the Court is Defendants, JPMorgan Chase Bank, N.A., as Successor by Merger to Chase Home Finance, LLC and Chase Home Finance, LLC's Unopposed Motion for Enlargement of Time (Doc. 29).   Pursuant to Local Rule 3.01(g), counsel for movants represents that the Plaintiff's attorney has been contacted and has no objection to the requested extension of time.  Upon due consideration, the motion is GRANTED.  Defendants, JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance, LLC and Chase Home Finance, LLC shall have through October 30, 2012 within to respond to Plaintiff's Amended Complaint.

DONE AND ORDERED in Orlando, Florida, on September 27, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel