UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MARLENE BEAUDIN,
on behalf of herself and others
similarly situated,

CASE NO.: 6:12-cv-1084-Orl-31TBS

*Plaintiff,*

v.

JP MORGAN CHASE BANK, N.A., as
successor in interest to CHASE HOME
FINANCE LLC, CHASE HOME FINANCE
LLC, PROFESSIONAL RECOVERY
SERVICES, GC SERVICES LTD.
PARTNERSHIP and ALLIED
INTERNATIONAL CREDIT,

*Defendants.*
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE COMPLETED CASE MANAGEMENT REPORT

Plaintiff, MARLENE BEAUDIN, on behalf of herself and all others similarly situated (collectively, "Plaintiffs"), by and through the undersigned counsel, respectfully requests that this Court extend the time for the parties to conduct the Case Management Conference pursuant to Fed. R. Civ. P. 26(d) and Local Rule 3.05(c)(2)(B) and file the complete Case Management Report until November 26, 2012. Plaintiff submits the below memorandum in support of her motion.

WHEREFORE, Plaintiff respectfully requests this Court enter an order extending the time for the parties to conduct the Case Management Conference pursuant to Fed. R. Civ. P. 26(d) and Local Rule 3.05(c)(2)(B) and file the complete Case Management Report until November 26, 2012.

## MEMORANDUM IN SUPPORT

1. Plaintiff's Class Action Complaint was removed to this Court on July 16, 2012.

2. Pursuant to Fed. R. Civ. P. 26(d) and Local Rule 3.05(c)(2)(B), "Counsel and any unrepresented party shall meet within 60 days after service of the complaint upon any defendant, or the first appearance of any defendant, regardless of the pendency of any undecided motions, for the purpose of preparing and filing a Case Management Report in the form prescribed below. Unless the Court orders otherwise, parties represented by counsel are permitted, but are not required, to attend the case management meeting. The Case Management Report must be filed within 14 days after the meeting." Under this rule, the Case Management Report was due to be filed by September 11, 2012.

3. Defendant, PROFESSIONAL RECOVERY SERVICES, was served with the Summons and Amended Complaint on September 25, 2012. Their Counsel is not yet due to appear.

4. In order to correctly prepare a Case Management Report, the parties agree that it is in the best interest of judicial economy to delay the filing of the Case Management Report until all parties have appeared and are present for the case management conference.

5. By granting the extension until November 26, 2012, the Court will provide the parties with the opportunity to prepare a meaningful Case Management Report.

6. As set forth above, Plaintiff's request is made for good cause and not for purpose of delay.

7. Pursuant to Local Rule 3.01(g), attorneys for Plaintiff hereby certify that they have conferred with Attorneys for Defendants who have advised they do not oppose the

requested extension.

Dated: October 5, 2012

          Respectfully submitted,

         By: /s/ J. Andrew Meyer
           **J. ANDREW MEYER, ESQUIRE**
           Florida Bar No. 0056766
           TAMRA GIVENS, ESQUIRE
           Florida Bar No. 657638
           RACHEL SOFFIN, ESQUIRE
           Florida Bar No. 0018054
           MORGAN & MORGAN, P.A.
           201 North Franklin Street, 7th Floor
           Tampa, Florida 33602
           Telephone: (813) 223-5505
           Facsimile: (813) 223-5402
           Email: ameyer@forthepeople.com
              tgivens@forthepeople.com
              rsoffin@forthepeople.com

          **SCOTT WM WEINSTEIN, ESQUIRE**
          Florida Bar No. 563080
          MORGAN & MORGAN, P.A.
          12800 University Drive, Suite 600
          Fort Myers, FL 33907-5337
          Telephone: (239) 433-6880
          Facsimile: (239) 433-6836
          Email: sweinstein@forthepeople.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on October 5, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, who will send a notice of electronic filing to all counsel of record.

         By: /s/ J. Andrew Meyer
           **J. ANDREW MEYER, ESQUIRE**