UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MARLENE BEAUDIN,
on behalf of herself and others
similarly situated,

      CASE NO.: 6:12-cv-1084-Orl-31TBS

*Plaintiff,*

v.

JP MORGAN CHASE BANK, N.A., as
successor in interest to CHASE HOME
FINANCE LLC, CHASE HOME FINANCE
LLC, PROFESSIONAL RECOVERY
SERVICES, GC SERVICES LTD.
PARTNERSHIP and ALLIED
INTERNATIONAL CREDIT,

    *Defendants.*
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR CLASS CERTIFICATION

Plaintiff, MARLENE BEAUDIN, on behalf of herself and all others similarly situated (collectively, "Plaintiffs"), by and through the undersigned counsel, respectfully requests that this Court extend the time for Plaintiff to file her motion for class certification until January 11, 2013. Plaintiff submits the below memorandum in support of her motion.

WHEREFORE, Plaintiff respectfully requests this Court enter an order extending the time for Plaintiff to file her motion for class certification under Fed. R. Civ. P. 23 and Local Rule 4.04(b) to January 11, 2013.

## MEMORANDUM IN SUPPORT

1. Plaintiff's Class Action Complaint was removed to this Court on July 16, 2012.

2. Pursuant to Local Rule 4.04(b), "[w]ithin ninety (90) days following the filing of the initial complaint . . ., unless the time is extended by the Court for cause shown, the named

plaintiff or plaintiffs shall move for a determination under Rule 23(c)(1) as to whether the case is to be maintained as a class action." Under this rule, Plaintiff's motion for class certification is currently due to be filed by October 11, 2012.

3. Given the current status of this matter, including the named Defendants who have only recently been served and/or their Counsel has not yet appeared on their behalf, discovery has not yet commenced, and considering the complexity of the issues involved in analyzing the propriety of class certification under Federal Rule of Civil Procedure Rule 23, including that the present case seeks certification of a nationwide class of Defendants' customers, Plaintiff will be unable to file the motion for class certification by October 11, 2012.

4. Based upon Plaintiff's preliminary understanding of the issues involved in this the case as well as the need for class-related discovery and the possibility that this Court may need to resolve one or more discovery disputes between the parties, Plaintiff requests this Court enter an order extending the time for Plaintiff to file his motion for class certification to January 11, 2013.

5. Plaintiff has filed, contemporaneously with the present motion, a motion for extension of time to file a case management report. Once Plaintiff has had an opportunity to confer with all counsel, including counsel which has not yet appeared, regarding case management issues, Plaintiff intends to further address the timeframe for filing a motion for class certification within the case management report.

6. As set forth above, Plaintiff's request is made for good cause and not for purpose of delay.

7. Pursuant to Local Rule 3.01(g), attorneys for Plaintiff hereby certify that they have conferred with Attorneys for Defendants who have advised they do not oppose the

requested extension.

Dated: October 5, 2012

>Respectfully submitted,
>
>By:   /s/ J. Andrew Meyer
>     **J. ANDREW MEYER, ESQUIRE**
>     Florida Bar No. 0056766
>     TAMRA GIVENS, ESQUIRE
>     Florida Bar No. 657638
>     RACHEL SOFFIN, ESQUIRE
>     Florida Bar No. 0018054
>     MORGAN & MORGAN, P.A.
>     201 North Franklin Street, 7th Floor
>     Tampa, Florida  33602
>     Telephone:  (813) 223-5505
>     Facsimile:  (813) 223-5402
>     Email: ameyer@forthepeople.com
>            tgivens@forthepeople.com
>            rsoffin@forthepeople.com
>
>     **SCOTT WM WEINSTEIN, ESQUIRE**
>     Florida Bar No. 563080
>     MORGAN & MORGAN, P.A.
>     12800 University Drive, Suite 600
>     Fort Myers, FL  33907-5337
>     Telephone: (239) 433-6880
>     Facsimile:  (239) 433-6836
>     Email:  sweinstein@forthepeople.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, who will send a notice of electronic filing to all counsel of record.

>By:   /s/ J. Andrew Meyer
>     **J. ANDREW MEYER, ESQUIRE**