UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLENE BEAUDIN, on behalf of herself
and others similarly situated,

    Plaintiff,

    v.

JPMORGAN CHASE BANK, N.A., as successor in interest to CHASE HOME FINANCE, LLC, CHASE HOME FINANCE, LLC, PROFESSIONAL RECOVERY SERVICES, GC SERVICES LTD. PARTNERSHIP and ALLIED INTERNATIONAL CREDIT,

    Defendants.
_____/

Case No. 6:12-cv-01084-GAP-TBS

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendants JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance, LLC and Chase Home Finance, LLC (collectively "Chase"), hereby disclose the following pursuant to this Court's September 27, 2012 Interested Person Order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    **JPMorgan Chase & Co. (publicly traded)**

    **JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance, LLC (JP Morgan Chase & Co. owns 100% of JP Morgan Chase Bank, N.A.)**

    **Chase Home Finance, LLC**

**Lawrence T. Gresser, Esquire, Cohen & Gresser, LLP, Lead Trial Counsel for Defendants JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance, LLC and Chase Home Finance, LLC**

**Nathaniel P.T. Read, Esquire, Cohen & Gresser, LLP, Lead Trial Counsel for Defendants JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance, LLC and Chase Home Finance, LLC**

**Joanna Chan, Esquire, Cohen & Gresser, LLP, Lead Trial Counsel for Defendants JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance, LLC and Chase Home Finance, LLC**

**Daniel E. Traver, Esquire, GrayRobinson, P.A., Local Counsel for Defendants JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance, LLC and Chase Home Finance, LLC**

**Marlene Beaudin**

**J. Andrew Meyer, Esquire, Morgan & Morgan, P.A., Lead Trial Counsel for Plaintiff**

**Rachel Soffin, Esquire, Morgan & Morgan, P.A., Lead Trial Counsel for Plaintiff**

**Scott Wm. Weinstein, Esquire, Morgan & Morgan, P.A., Lead Trial Counsel for Plaintiff**

**Tamra Carsten Givens, Esquire, Morgan & Morgan, P.A., Lead Trial Counsel for Plaintiff**

**GC Services, Ltd. Partnership**

**Robert E. Sickles, Esquire, Hinshaw & Culbertson, LLP, Lead Trial Counsel for Defendant GC Services, Ltd. Partnership**

**Allied International Credit**

**Scott J. Flint, Esquire, Broad & Cassel, Lead Trial Counsel for Defendant Allied International Credit**

**Professional Recovery Services**

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

>  **N/A**

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

>  **N/A**

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

>  **Plaintiff claims damages in this action, but Chase denies that she is entitled to any. Chase is entitled to damages caused by Plaintiff's failure to pay the legitimate debt that she owes.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 11th day of October, 2012.

>  */s/ Nathaniel P.T. Read*
>  Lawrence T. Gresser (*admitted pro hac vice*)
>  ltgresser@cohengresser.com
>  Nathaniel P.T. Read (*admitted pro hac vice*)
>  nread@cohengresser.com
>  Joanna Chan (*admitted pro hac vice*)
>  jchan@cohengresser.com
>  Cohen & Gresser, LLP
>  800 Third Avenue
>  New York, New York 10022
>  Telephone: (212) 957-7600
>  Facsimile: (212) 957-4514
>
>  */s/ Daniel E. Traver*
>  Daniel E. Traver

Florida Bar No. 585262
daniel.traver@gray-robinson.com
Rachael M. Crews
Florida Bar No. 795321
rachael.crews@gray-robinson.com
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
P.O. Box 3068 (32802-3068)
Orlando, Florida   32801
Telephone: (407) 843-8880
Facsimile: (407) 244-5690

**Attorneys for Defendants, JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance, LLC and Chase Home Finance, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Daniel E. Traver
Daniel E. Traver

# 1835109 v1