# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:12-CV-1084-ORL-31TBS

Plaintiff:
**MARLENE BEAUDIN**, on behalf of herself and others similarly situated
vs.
Defendant:
**JP MORGAN CHASE BANK, N.A.** as successor in interest to CHASE HOME FINANCE, LLC, et al

For: Tamara Givens
     Morgan & Morgan

Received by Investigative Services Of Tampa on the 4th day of September, 2012 at 1:39 pm to be served on PROFESSIONAL RECOVERY SERVICES, INC. C/O R/A EUGENE J. MCCAFFREY, ESQ., 221 LAUREL ROAD, SUITE 350, VOORHEES, NJ 08043. I, **Willie E. McBride**, do hereby affirm that on the **25** day of **September**, 20**12** at **9:12** a.m., executed service by delivering a true copy of the Summons and Amended Complaint in accordance with state statutes in the manner marked below.

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(✓) CORPORATE SERVICE: By serving **John Garton** as **Controller**

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Under penalty of perjury, I declare that I have read the foregoing and that facts in it are true and correct. Pursuant to F.S. 92.525 (2) I have no interest in the above action and no notary is required.

PROCESS SERVER # **292684**
Appointed in accordance with State Statutes

Investigative Services Of Tampa
P. O. Box 272638
Tampa, FL 33688
(813) 964-9159

Our Job Serial Number: 2012003330

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.3k