UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLENE BEAUDIN,
on behalf of herself and others
similarly situated,

        Plaintiff,
v.

JP MORGAN CHASE BANK, N.A., as
successor in interest to CHASE HOME
FINANCE LLC, CHASE HOME FINANCE
LLC, PROFESSIONAL RECOVERY
SERVICES, GC SERVICES LTD.
PARTNERSHIP and ALLIED
INTERNATIONAL CREDIT,

        Defendants.
_____/

CLASS REPRESENTATION

CASE NO.:  6:12-cv-1084-Orl-31TBS

**DEFENDANT ALLIED INTERNATIONAL CREDIT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT**

Defendant Allied International Credit moves this Court pursuant to Federal Rule of Procedure 6(b) and Middle District of Florida Local Rule 3.01 for an extension of time until November 9, 2012, to file an answer to the Amended Complaint (Dkt. #13) filed by Plaintiff Marlene Beaudin, and as grounds states:

    1.    On October 16, 2012, this Court denied Allied's motion to dismiss the Amended Complaint. *See* Order Dkt. #38.

    2.    Allied's answer is now due on October 30, 2012.

    3.    I am the lawyer assigned to defend this case.  In May 2012, I was involved in accident that caused the amputation of one of my fingers.  I am scheduled for another surgery on Wednesday, October 24, 2012.  I will be unable to work until at least Monday, October 29, 2012.

4.	Accordingly, Allied moves for a 10-day extension of time until November 9, 2012, to answer Beaudin's Amended Complaint.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 6(b)(1), this Court may, for good cause shown, extend the time for Allied to file an answer to Beaudin's Amended Complaint. A ten-day day extension of time would allow the undersigned counsel sufficient time to prepare that answer.

This request is not made for any improper purpose or delay. No previous extensions have been requested and the granting of the relief sought herein would not result in the delay of any other deadlines in this case.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I certify that I have conferred with counsel for Beaudin who advised that she does not oppose the relief requested herein.

Dated: October 23, 2012	Respectfully submitted,

/s/Scott J. Flint
SCOTT J. FLINT
Florida Bar No. 0085073
Email: sflint@broadandcassel.com
Broad and Cassel
100 N. Tampa Street, Suite 3500
Tampa, Florida  33602
Telephone:  813-225-3045
Facsimile:   813-204-2122

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 23, 2012, I electronically filed the foregoing with the Clerk of the Courts by using the ECF system which will send a notice of electronic filing to counsel of record appearing on the Certificate of Service generated by the ECF system.

              /s/Scott J. Flint
              Scott J. Flint