UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLENE BEAUDIN,

    Plaintiff,

v.                                             Case No: 6:12-cv-1084-Orl-31TBS

CHASE HOME FINANCE LLC,
PROFESSIONAL RECOVERY SERVICES,
GC SERVICES LTD. PARTNERSHIP,
ALLIED INTERNATIONAL CREDIT and JP
MORGAN CHASE BANK, N.A.,

    Defendants.

## ORDER

Pending before the Court is Defendant Allied International Credit's Unopposed Motion for Extension of Time to Answer the Amended Complaint. (Doc. 40). Pursuant to M.D. Fla. R. 3.01(g), counsel for Defendant represents that Plaintiff's attorney has been contacted and has no objection to the requested enlargement of time. (Id. at 2). Upon due consideration, Defendant's motion is **GRANTED**. Defendant shall have through November 9, 2012 to respond to the Amended Complaint.

**IT IS SO ORDERED**

**DONE** and **ORDERED** in Orlando, Florida on October 24, 2012.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to Counsel of Record