UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLENE BEAUDIN,

                                         Case No.: 6:12-CV-01084-GAP-TBS

Plaintiff,

v.

PROFESSIONAL RECOVERY
SERVICES, CHASE HOME
FINANCE, LLC, GS SERVICES,
LTD PARTNERSHIP and ALLIED

Defendant.

_____/

**DEFENDANT, PROFESSIONAL RECOVERY SERVICES', CERTIFICATE OF
INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, the Defendant, PROFESSIONAL RECOVERY SERVICES, by and through its undersigned counsel, and files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and herein states as follows:

I hereby disclose the following pursuant to this Court's interested persons order:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

PROFESSIONAL RECOVERY SERVICES     (Defendant)

Ernest H. Kohlmyer                      (Defendant's counsel)

Urban, Thier, Federer & Chinnery, P.A.          (Defendant's counsel)

Marlene Beaudin                                 (Plaintiff)

Rachel Soffin                                   (Plaintiff's counsel)

Morgan & Morgan, P.A.                           (Plaintiff's counsel)

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4.      The name of each victim (individual or corporate) or civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

The plaintiff is alleged to be a victim of wrongful civil conduct.

5.      I hereby certify that, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,
/s/ *Ernest H. Kohlmyer*
Ernest H. Kohlmyer

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on October 29, 2012, via the Court Clerk's CM/ECF system which will provide notice to the following: Tamra Givens, Morgan & Morgan, P.A., One Tampa City Center 201 North Frnaklin

Street, 7th Floor, Tampa, FL  33602; J. Andrew Meyer, Morgan & Morgan, P.A., One Tampa

City Center 201 N. Franklin Street, 7th Floor, Tampa, FL  33602; Rachel Soffin, Morgan &

Morgan, P.A., One Tampa City Center 201 North Franklin Street, 7th Floor, Tampa, FL 33602.

<div style="margin-left: 50%;">

*/s/ Ernest H. Kohlmyer_____*
Ernest H. Kohlmyer
Florida Bar No.: 110108
Urban, Thier, Federer & Chinnery, P.A.
200 S. Orange Avenue
Suite 2000
Orlando, FL  32801
Phone: (407) 245-8352
Fax: (407) 245-8361

Attorneys for Defendant

</div>