Nov 24 2009 8:59AM    HP LASERJET FAX                                                                          p.1

Chase Home Finance LLC, TX1-2207                                             **CHASE**
2901 Kinwest Parkway, Suite 300
Irving, Texas 75063

November 17, 2009

Marlene Beaudin

Deland Fl 32724

**Short Sale Offer Confirmation**
Chase Home Finance LLC Account:            9139
Mortgagor(s):                    Marlene Beaudin
Property Address:                                      Port Orange FL 32128

Dear Marlene Beaudin:

Chase Home Finance LLC ("Chase") is writing to confirm our acceptance of a Short Sale on the above-referenced account.

Chase agrees to release its security interest(s) in the above-referenced Property upon receipt of $11,000.00 in certified U.S. funds. Any additional funds not previously disclosed which result from this Short Sale will also be due and payable to Chase, in addition to this amount. Chase requires that we approve the final HUD-1 Closing Statement prior to closing and further stipulates that no more than $0.00 be given to the Seller(s). The amount paid to Chase is for the release of Chase's security interest(s) only, and the borrower is still responsible for all deficiency balances remaining on the Loan, per the terms of the original loan documents.

In order for us to release our current lien(s) on the Property, you must send all of the following to Chase by 12/9/2009:

- Payment of not less than $11,000.00 in the form of certified or wired funds only, made payable to Chase Home Finance LLC, wire to:

- Wire Information:
    Bank:
    Account #:            Chase Home Equity
                          9008113745
    ABA#:                 021000021
    Customer Name:        Marlene Beaudin
    Customer Account #:                     9139

- One (1) signed and dated copy of this letter, E-Mailed to Norma.x.carbajal@jpchase.com
  This should be accompanied by the enclosed Borrower Contact Information Update Form, if applicable.

- One (1) executed or certified copy of the HUD-1 Closing Statement in connection with the sale of the Property to Harold & Judy Armbrust_ pursuant to a purchase/sale contract in the amount of $375,000.00 If the HUD-1 Closing Statement shows that you will receive any additional proceeds, including but not limited to cash, notes, or goods, those proceeds must be paid to Chase Home Finance LLC, in addition to the amount set forth in the first bulleted item above. The HUD-1 and proof of payment MUST be e-mailed to Norma.X.Carbajal@jpmchase.com

The total deficiency amount owed by the Borrower after net sales are received will be $188,831.56. Please note that this amount is subject to change and does not constitute a payoff amount; please contact Chase Home Finance LLC at the number provided below to obtain the most current deficiency amount.


1/4

```
Nov 24 2009 8:59AM    HP LASERJET FAX                                    p.2
```

Please be sure to reference the Borrower name(s) and account number on all correspondence.

This offer becomes null and void if we do not receive funds and all required documents on the earlier of (1) one business day after the date of closing of the sale of the Property after all necessary approvals from us are obtained, or (2) 12/9/2009. Please be aware that our acceptance of this Short Sale is reported to various credit bureau reporting agencies, which may have an adverse effect on the Borrower's credit rating.

If you have any questions, please contact us at the number provided below. At Chase, we value you as a customer and want to ensure your continued satisfaction.

Sincerely,

Norma Carbajal
Homeowner's Assistance Department
PH: 972-443-2684
FX: 972-739-6666
Norma.x.carbajal@jpchase.com

Enclosures
1. Borrower Acknowledgement
2. Borrower Contact Information Update Form

For California customers, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at (877) FTC-HELP or www.ftc.gov.

Chase Home Finance LLC is attempting to collect a debt, and any information obtained will be used for that purpose.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

To the extent your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

Nov 24 2009 8:59AM    HP LASERJET FAX                                          p.3

### BORROWER ACKNOWLEDGEMENT

JPMorgan Chase & Co. Account Number: ███████9139

Borrower(s):                    Marlene Beaudin

Property Address:        ███████ Port Orange FL 32128

BY SIGNING BELOW, the Borrower accepts and agrees to the terms and provisions contained in this letter. The Borrower also agrees to inform Chase Home Finance LLC of any changes in the Borrower's current mailing address until the full amount specified above has been paid.

Marlene Beaudin
_Marlene Beaudin_ (Signature)                                    _____ (Signature)

_Marlene R B Beaudin_ (Printed Name)                    _____ (Printed Name)

_22 Nov 09_ (Date)                                            _____ (Date)



Nov 24 2009 8:59AM    HP LASERJET FAX                                              p.4

BORROWER CONTACT INFORMATION UPDATE FORM

Chase Home Finance LLC Account Number: ████9139

Borrower(s): Marlene Beaudin

Property Address: ████ Port Orange FL 32128

Name of Borrower(s) Requesting Update: Marlene R.B. Beaudin

Borrower's New Address: ████
Deland FL 32724

Borrower's New Home Phone Number: 386 740 9015

Borrower's New Work/Alternate Phone Number: _____

Bruce D. Beaudin
3040 Wood Valley Dr.
McDonough, GA 30253-5562
770-957-5582

