UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLENE BEAUDIN,,

Plaintiff,

Case No.: 6:12-CV-01084-GAP-TBS

v.

PROFESSIONAL RECOVERY
SERVICES, CHASE HOME
FINANCE, LLC, GS SERVICES,
LTD PARTNERSHIP and ALLIED
,

Defendant.
_____/

**DEFENDANT, PROFESSIONAL RECOVERY SERVICES',
NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

\_\_\_\_ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court,

or any other Federal or State court, or administrative agency as indicated below:

\_\_X\_\_ **IS NOT** related to pending or closed civil or criminal case(s) previously filed in

this Court, or any other Federal or State court, or administrative agency.

Respectfully submitted,
/s/ *Ernest H. Kohlmyer*_____
Ernest H. Kohlmyer

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on November 9, 2012, via the Court Clerk's CM/ECF system which will provide notice to the following: Tamra Givens, Morgan & Morgan, P.A., One Tampa City Center 201 North Frnaklin Street, 7th Floor, Tampa, FL  33602; J. Andrew Meyer, Morgan & Morgan, P.A., One Tampa

City Center 201 N. Franklin Street, 7th Floor, Tampa, FL  33602; Rachel Soffin, Morgan & Morgan, P.A., One Tampa City Center 201 North Franklin Street, 7th Floor, Tampa, FL  33602.

                */s/ Ernest H. Kohlmyer*_____
                Ernest H. Kohlmyer
                Florida Bar No.: 110108
                Urban, Thier, Federer & Chinnery, P.A.
                200 S. Orange Avenue
                Suite 2000
                Orlando, FL  32801
                Phone: (407) 245-8352
                Fax: (407) 245-8361

                Attorneys for Defendant