UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MARLENE BEAUDIN,
on behalf of herself and others
similarly situated,

          *Plaintiff,*

CASE NO.: 6:12-cv-1084-Orl-31TBS

v.

JP MORGAN CHASE BANK, N.A., as
successor in interest to CHASE HOME
FINANCE LLC, CHASE HOME FINANCE
LLC, PROFESSIONAL RECOVERY
SERVICES, GC SERVICES LTD.
PARTNERSHIP and ALLIED
INTERNATIONAL CREDIT,

          *Defendants.*
_____/

## ANSWER TO CHASE'S COUNTERCLAIM

Plaintiff, MARLENE BEAUDIN, on behalf of herself and all others similarly situated, by and through undersigned counsel, files her Answer to Chase's counterclaim as follows:

## COUNTERCLAIM: BREACH OF CONTRACT

1. Plaintiff admits the allegation of Paragraph 94 of Chase's counterclaim.

2. Plaintiff admits the allegation of Paragraph 95 of Chase's counterclaim.

3. Plaintiff admits the allegation of Paragraph 96 of Chase's counterclaim.

4. Plaintiff admits the allegation of Paragraph 97 of Chase's counterclaim.

5. Plaintiff admits the allegation of Paragraph 98 of Chase's counterclaim.

6. Plaintiff admits the allegation of Paragraph 99 of Chase's counterclaim.

7. Plaintiff admits the allegation of Paragraph 100 that Chase sent a letter, a copy of which is attached to Chase's counterclaim as Exhibit A, to Plaintiff, and that Chase agreed to a short sale of Plaintiff's property; otherwise, the allegation is denied.

8. Plaintiff admits the allegation of Paragraph 101 the document attached to Chase's counterclaim as Exhibit A bears her signature; otherwise, the allegation is denied.

9. Plaintiff admits the allegation of Paragraph 102 that the document attached to Chase's counterclaim as Exhibit A contains the language appearing in the document; otherwise, the allegation is denied.

10. Plaintiff admits the allegation of Paragraph 103 that the document attached to Chase's counterclaim as Exhibit A contains the language appearing in the document; otherwise, the allegation is denied.

11. Plaintiff admits the allegation of Paragraph 104 of Chase's counterclaim.

12. Plaintiff denies the allegation of Paragraph 105 of Chase's counterclaim.

13. Plaintiff admits the allegations of Paragraph 106 of Chase's counterclaim.

14. Plaintiff denies the allegation of Paragraph 107 of Chase's counterclaim.

15. Plaintiff denies the allegation of Paragraph 108 of Chase's counterclaim.

16. Plaintiff admits that Chase and debt collectors have attempted to collect amounts not owed; otherwise, the allegation of Paragraph 109 of Chase's counterclaim is denied.

17. Plaintiff denies the allegation of Paragraph 110 of Chase's counterclaim.

## FIRST AFFIRMATIVE DEFENSE

18. Chase's counterclaim fails to state a claim upon which relief can be granted as Plaintiff's mortgage and note have been satisfied.

## SECOND AFFIRMATIVE DEFENSE

19. Chase's counterclaim fails to properly allege entitlement to reimbursement of attorneys' fees and costs.

## THIRD AFFIRMATVE DEFENSE

20. Chase's counterclaim is barred by the doctrine of waiver, estoppel and laches.

### FOURTH AFFIRMATIVE DEFENSE

21. Chase's counterclaim is barred by general principles of equity.

### FIFTH AFFIRMATIVE DEFENSE

22. Plaintiff reserves the right to amend and/or add additional Answers and Affirmative Defenses.

/s/ J. Andrew Meyer
**J. ANDREW MEYER, ESQUIRE**
Florida Bar No. 0056766
TAMRA GIVENS, ESQUIRE
Florida Bar No. 657638
RACHEL SOFFIN, ESQUIRE
Florida Bar No. 0018054
MORGAN & MORGAN, P.A.
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
Email: ameyer@forthepeople.com
tgivens@forthepeople.com
rsoffin@forthepeople.com

**SCOTT WM WEINSTEIN, ESQUIRE**
Florida Bar No. 563080
MORGAN & MORGAN, P.A.
12800 University Drive, Suite 600
Fort Myers, FL 33907-5337
Telephone: (239) 433-6880
Facsimile: (239) 433-6836
Email: sweinstein@forthepeople.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, who will send a notice of electronic filing to all counsel of record.

By: /s/ J. Andrew Meyer
**J. ANDREW MEYER, ESQUIRE**