# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARLENE BEAUDIN, on behalf of herself and
others similarly situated,

    Plaintiff,

v.

Case No.: 6:12-cv-1084-Orl-31TBS

JP MORGAN CHASE BANK, N.A., as
successor in interest to CHASE HOME
FINANCE LLC, CHASE HOME FINANCE
LLC, PROFESSIONAL RECOVERY
SERVICES, GC SERVICES LTD.
PARTNERSHIP and ALLIED
INTERNATIONAL CREDIT,

    Defendants.           /

## DEFENDANTS' UNOPPOSED MOTION TO APPEAR
## TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

Defendants, GC Services Limited Partnership, JP Morgan Chase Bank, N.A., and Allied International Credit, by and through their undersigned attorneys, hereby file this their Unopposed Motion to Appear Telephonically at the Case Management Conference, and in support thereof state as follows:

1. The Case Management Conference in this case is scheduled for November 20, 2012 at 1:00 p.m. at Plaintiff's offices in Orlando, Florida.

2. Counsel for Defendants GC Services LTD Partnership and Allied International Credit are located in Tampa, Florida. Counsel for Defendant JP Morgan Chase Bank, N.A. is located in New York, New York.

3. In order to conserve resources, including travel expenses, Defendants GC Services LTD Partnership, JP Morgan Chase Bank, N.A., and Allied International Credit, respectfully request to attend the Case Management Conference telephonically.

4. Pursuant to Middle District of Florida Local Rule 3.01(g), counsel for all parties have conferred via email, and there is no opposition to Defendants' telephonic appearances.

WHEREFORE, Defendants GC Services LTD Partnership, JP Morgan Chase Bank, N.A., and Allied International Credit, respectfully request that this Court grant their Unopposed Motion to Appear Telephonically at the Case Management Conference, and grant such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2012 the foregoing was electronically filed with the Clerk of Court using the ECF electronic filing system which electronically notifies the following:

| *J. Andrew Meyer, Esq.*<br>ameyer@forthepeople.com<br>*Tamra Givens, Esq.*<br>tgivens@forthepeople.com<br>*Rachel L. Soffin, Esq.*<br>rsoffin@forthepeople.com<br>Morgan & Morgan, P.A.<br>One Tampa City Center<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602 | *Scott W. Weinstein, Esq.*<br>sweinstein@forthepeople.com<br>Morgan & Morgan, P.A.<br>12800 University Drive, Suite 600<br>Fort Myers, Florida 33907 |
| --- | --- |
| *Ernest Kohlmyer, Esq.*<br>kohlmyer@urbanthier.com<br>Urban, Thier, et al.<br>200 South Orange Avenue, Suite 2000<br>Orlando, FL 32801 | |

*s/ Robert E. Sickles*
**Robert E. Sickles, P.A.**
rsickles@hinshawlaw.com
Florida Bar No. 167444
100 South Ashley Drive, Suite 500
Tampa, Florida  33602-5301
Tel: 813-276-1662
Fax: 813-276-1956
*Attorneys for Defendant GC Services Limited Partnership*

*s/ Scott J. Flint*
**Scott J. Flint, Esq.**
sflint@broadandcassel.com
Florida Bar No. 85073
Broad and Cassel
100 North Tampa Street
Suite 3500
Tampa, Florida  33602
Tel: 813-225-3020
Fax: 813-225-3039
*Attorneys for Defendant Allied International Credit*

*s/ Daniel E. Traver*
**Daniel E. Traver, Esq.**
dtraver@gray-robinson.com
Florida Bar No. 585262
Gray Robinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 38802
Tel: 407-843-8880
Fax: 407-244-5690
*Attorneys for Defendant Chase Home Finance and JP Morgan Chase Bank, N.A.*

*s/ Joanna K. Chan*
**Joanna K. Chan, Esq.**
jchan@cohengresser.com
Cohen & Gresser, LLP
800 Third Avenue
New York, New York
Tel: 212-957-7600
Fax: 212-957-4514
*Attorneys for Defendant JP Morgan Chase Bank, N.A.*