UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLENE BEAUDIN,

    Plaintiff,

v.                            Case No:  6:12-cv-1084-Orl-31TBS

CHASE HOME FINANCE LLC,
PROFESSIONAL RECOVERY
SERVICES, GC SERVICES LTD.
PARTNERSHIP, ALLIED
INTERNATIONAL CREDIT and JP
MORGAN CHASE BANK, N.A.,

    Defendants.

## ORDER

Pending before the Court is the Motion to Appear Telephonically at the Case Management Conference filed by Defendants GC Services Limited Partnership, JPMorgan Chase Bank, N.A., and Allied International Credit.  (Doc. 49).  Pursuant to M.D. Fla. R. 3.01(g), counsel for Defendants represent that Plaintiff's attorney has been contacted and does not oppose the requested relief. (Id. ¶4)  Upon due consideration, the court **GRANTS** the motion.  Counsel for all parties are hereby authorized to appear telephonically at the case management conference.

**IT IS SO ORDERED.**

**DONE** and **ORDERED** in Orlando, Florida on November 20, 2012.

*/s/ Thomas B. Smith*
THOMAS B. SMITH
United States Magistrate Judge

Copies to Counsel of Record