UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MARLENE BEAUDIN,
on behalf of herself and others
similarly situated,

      CASE NO.: 6:12-cv-1084-Orl-31TBS

*Plaintiff,*

v.

JP MORGAN CHASE BANK, N.A., as
successor in interest to CHASE HOME
FINANCE LLC, CHASE HOME FINANCE
LLC, PROFESSIONAL RECOVERY
SERVICES, GC SERVICES LTD.
PARTNERSHIP and ALLIED
INTERNATIONAL CREDIT,

    *Defendants.*
_____/

## PARTIES' OBJECTION TO COURT-APPOINTED MEDIATOR AND STIPULATION TO ALTERNATIVE MEDIATOR

Plaintiff, MARLENE BEAUDIN, and Defendants, JP MORGAN CHASE BANK N.A., as successor in interest to CHASE HOME FINANCE, LLC, CHASE HOME FINANCE. LLC, PROFESSIONAL RECOVERY SERVICES, GC SERVICES LTD. PARTNERSHIP and ALLIS INTERNATIONAL CREDIT, in accordance with the Case Management and Scheduling Order (Docket No. 52), hereby object to the Court-appointed mediator, Lawrence M. Watson, Jr., and respectfully request that the Court appoint the following mediator:

    Jay M. Cohen, Esq.
    Jay Cohen, P.A.
    P.O. Box 2210
    Winter Park, Florida 32790-2210
    (407) 644-1181

The parties respectfully and jointly submit that Mr. Cohen has served as mediator in over 4,000 commercial disputes litigated in the State and Federal Courts of Florida and throughout the

United States and is a member of the Florida Bar Association Grievance Mediation panel and was selected by the Judicial Relations Committee of the Orange County Bar Association to deal with disputes between the judiciary and the trial bar.

Counsel for all parties have conferred and respectfully request that Mr. Jay M. Cohen, Esq. be appointed as Mediator in this case.

Dated: December 12, 2012

/s/  J. Andrew Meyer
**J. ANDREW MEYER, ESQUIRE**
Florida Bar No. 0056766
TAMRA GIVENS, ESQUIRE
Florida Bar No. 657638
RACHEL SOFFIN, ESQUIRE
Florida Bar No. 0018054
MORGAN & MORGAN, P.A.
201 North Franklin Street, 7th Floor
Tampa, Florida  33602
Telephone:  (813) 223-5505
Facsimile:  (813) 223-5402
Email: ameyer@forthepeople.com
         tgivens@forthepeople.com
         rsoffin@forthepeople.com

**SCOTT WM WEINSTEIN, ESQUIRE**
Florida Bar No. 563080
MORGAN & MORGAN, P.A.
12800 University Drive, Suite 600
Fort Myers, FL  33907-5337
Telephone: (239) 433-6880
Facsimile:  (239) 433-6836
Email:  sweinstein@forthepeople.com

**Counsel for Plaintiff, Marlene Beaudin**

*/s/ Nathaniel P.T. Read*_____
Lawrence T. Gresser (*admitted pro hac vice*)
ltgresser@cohengresser.com
Nathaniel P.T. Read (*admitted pro hac vice*)
nread@cohengresser.com
Joanna Chan (*admitted pro hac vice*)
jchan@cohengresser.com

Cohen & Gresser, LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514

/s/ Daniel E. Traver
Daniel E. Traver
Florida Bar No. 585262
daniel.traver@gray-robinson.com
Rachael M. Crews
Florida Bar No. 795321
rachael.crews@gray-robinson.com
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
P.O. Box 3068 (32802-3068)
Orlando, Florida  32801
Telephone: (407) 843-8880
Facsimile: (407) 244-5690

**Attorneys for Defendants, JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance, LLC and Chase Home Finance, LLC**

/s/ Robert E. Sickles
Robert E. Sickles, P.A.
rsickles@hinshawlaw.com
Florida Bar No. 167444
HINSHAW & CULBERTSON, LLP
100 South Ashley Drive, Suite 500
Tampa, Florida 3360 2-5301
Tel: 813-276-1662; Fax: 813-276-1956

**Attorneys for Defendant GC Services Limited Partnership**

/s/ Scott J. Flint

SCOTT J. FLINT
Florida Bar No. 0085073
Email: sflint@broadandcassel.com
Broad and Cassel
100 N. Tampa Street, Suite 3500
Tampa, Florida 33602
Telephone: 813-225-3045

Facsimile: 813-204-2122

**Attorney for Defendant Allied International Credit**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 12, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, who will send a notice of electronic filing to all counsel of record.

By:   /s/  J. Andrew Meyer
   **J. ANDREW MEYER, ESQUIRE**