UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MARLENE BEAUDIN,
on behalf of herself and others
similarly situated,

                                                    CASE NO.: 6:12-cv-1084-Orl-31TBS

  *Plaintiff,*

v.

JP MORGAN CHASE BANK, N.A., as
successor in interest to CHASE HOME
FINANCE LLC, CHASE HOME FINANCE
LLC, PROFESSIONAL RECOVERY
SERVICES, GC SERVICES LTD.
PARTNERSHIP and ALLIED
INTERNATIONAL CREDIT,

  *Defendants.*
_____/

## NOTICE OF MEDIATION CONFERENCE

  **PLEASE TAKE NOTICE** that the parties will hold a mediation conference before the

agreed upon mediator, Jay M. Cohen, Esq.**,** on Thursday, October 10, 2013 at 9:30 a.m., at

Morgan & Morgan, P.A., 20 North Orange Avenue, Orlando, Florida 32801.

Dated: December 12, 2012

          /s/  J. Andrew Meyer
          **J. ANDREW MEYER, ESQUIRE**
          Florida Bar No. 0056766
          TAMRA GIVENS, ESQUIRE
          Florida Bar No. 657638
          RACHEL SOFFIN, ESQUIRE
          Florida Bar No. 0018054
          MORGAN & MORGAN, P.A.
          201 North Franklin Street, 7th Floor
          Tampa, Florida  33602
          Telephone:  (813) 223-5505
          Facsimile:  (813) 223-5402
          Email: ameyer@forthepeople.com
            tgivens@forthepeople.com
            rsoffin@forthepeople.com

**SCOTT WM WEINSTEIN, ESQUIRE**
Florida Bar No. 563080
MORGAN & MORGAN, P.A.
12800 University Drive, Suite 600
Fort Myers, FL  33907-5337
Telephone: (239) 433-6880
Facsimile:  (239) 433-6836
Email:  sweinstein@forthepeople.com

**Counsel for Plaintiff, Marlene Beaudin**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 12, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, who will send a notice of electronic filing to all counsel of record.

By:     /s/  J. Andrew Meyer
        **J. ANDREW MEYER, ESQUIRE**