# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARLENE BEAUDIN,**

    **Plaintiff,**

**v.**                                                             **Case No: 6:12-cv-1084-Orl-31TBS**

**CHASE HOME FINANCE LLC, PROFESSIONAL RECOVERY SERVICES, GC SERVICES LTD. PARTNERSHIP, ALLIED INTERNATIONAL CREDIT and JP MORGAN CHASE BANK, N.A.,**

    **Defendants.**

## ORDER

Upon consideration of the Parties' Objection to Court-Appointed mediator and Stipulation to Alternative Mediator (Doc. 53), it is

**ORDERED** that Jay M. Cohen, PO Box 2210, Winter Park, FL 32790 is substituted as the mediator in this case, in the place of Lawrence M. Watson.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 13, 2012.

                                              **GREGORY A. PRESNELL**
                                              **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party