UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLENE BEAUDIN,

Plaintiff,

Case No.: 6:12-CV-01084-GAP-TBS

v.

PROFESSIONAL RECOVERY
SERVICES, CHASE HOME
FINANCE, LLC, GS SERVICES,
LTD PARTNERSHIP and ALLIED
INTERNATIONAL CREDIT,

Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, MARLENE BEAUDIN, and Defendants, PROFESSIONAL RECOVERY SERVICES, JP MORGAN CHASE BANK, N.A., S/B/M CHASE HOME FINANCE, LLC, GS SERVICES LTD. PARTNERSHIP and ALLIED INTERNATIONAL CREDIT CORP., (US) (S/H/A ALLIED INTERNATIONAL CREDIT), by and through their undersigned counsel, and would represent to the Court that this matter has been amicably resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorney's fees.

Dated this 5th day of April, 2013.

| | |
|---|---|
| */s/ J. Andrew Meyer* | */s/ Ernest H. Kohlmyer, III* |
| J. ANDREW MEYER, ESQUIRE | ERNEST H. KOHLMYER,III, ESQUIRE |
| Florida Bar No.: 0056766 | Florida Bar No. 0110108 |
| MORGAN & MORGAN, P.A. | URBAN THIER FEDERER & CHINNERY, P.A. |
| 201 N. Franklin Street, 7th Floor | 200 S. Orange Avenue, Suite 2000 |
| Tampa, FL 33602 | Orlando, FL 32801 |
| Tel. (813) 223-5505 | Tel. (407) 245-8352 |
| Fax: (813) 223-5402 | |

Email: ameyer@forthepeople.com
sweinstein@forthepeople.com
tgivens@forthepeople.com
rsoffin@forthepeople.com
Attorneys for Plaintiff

Fax: (407) 245-8361
Email: Kohlmyer@urbanthier.com
Attorneys for Defendant Professional
Recovery Services

/s/ Robert E. Sickles
ROBERT E. SICKLES, ESQUIRE
Florida Bar No.: 167444
HINSHAW & CULBERTSON, LLP
100 South Ashley Dr., Ste. 500
Tampa, FL 33602
Tel. (813)276-1662
Fax: (813)276-1956
Email: rsickles@hinshawlaw.com
Attorneys for Defendant GC Services
Limited Partnership

/s/ Daniel E. Traver
DANIEL E. TRAVER, ESQUIRE
Florida Bar No.: 585262
GRAY ROBINSON, P.A.
PO Box 3068
Orlando, FL 32802-3068
Tel. (407) 244-5625
Fax: (407) 244-5690
Email: dtraver@gray-robinson.com
Rachael.crews@gray-robinson.com
ltgresser@cohengresser.com
nread@cohengresser.com
jchan@cohengresser.com
Attorneys for Defendant Chase Home
Finance and JP Morgan Chase Bank, N.A.

/s/ Scott J. Flint
SCOTT J. FLINT, ESQUIRE
Florida Bar No. 85073
BROAD AND CASSEL
100 North Tampa Street
Suite 3500
Tampa, FL 33602
Tel. (813-225-3020
Fax: 813-225-3039
Email: sflint@broadandcassel.com
Attorneys for Defendant Allied International
Credit

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on April 5, 2013 , via the Court Clerk's CM/ECF system which will provide notice to the following: Tamra Givens, Morgan & Morgan, P.A., One Tampa City Center 201 North Franklin Street, 7th Floor, Tampa, FL  33602, tgivens@forthepeople.com (Attorney for Plaintiff); J. Andrew Meyer, Morgan & Morgan, P.A., One Tampa City Center 201 N. Franklin Street, 7th Floor, Tampa, FL 33602, ameyer@forthepeople.com (Attorney for Plaintiff); Rachel Soffin, Morgan & Morgan, P.A., One Tampa City Center 201 North Franklin Street, 7th Floor, Tampa, FL  33602, rsoffin@forthepeople.com (Attorney for Plaintiff); Scott Wm. Weinstein, Morgan & Morgan, P.A., Post Office Box 9504, Ft. Myers, Florida 33906, sweinstein@forthepeople.com (Attorney for Plaintiff); Daniel E. Traver, Gray Robinson, P.A., Post Office Box 3068, Orlando, Florida 32802, dtraver@gray-robinson.com (Attorney for Co-Defendant, Chase); Rachael Mahaffey Crews, Gray Robinson, P.A., Post Office Box 3068, Orlando, Florida 32802, rachael.crews@gray-robinson.com (Attorney for Co-Defendant, Chase); Robert E. Sickles, Hinshaw & Culbertson, LLP, 100 S Ashley Drive, Suite 500, Tampa, Florida 33602, rsickles@hinshawlaw.com (Attorney for Co-Defendants, Chase, GC Services, and Allied International); Scott J. Flint, Broad and Cassel, 100 N Tampa St, Suite 3500, Tampa, Florida 33602, sflint@broadandcassel.com (Attorney for Co-Defendant, Allied); Kelly B. Holbrook, Broad and Cassel, 100 N Tampa St, Suite 3500, Tampa, Florida 33602, kholbrook@broadandcassel.com (Attorney for Co-Defendant, Allied).